Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Brittany V. Berzin (Cal. State Bar No. 325121)
Shimoda Law Corp.
9401 East Stockton Blvd. Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
E-mail: attorney@shimodalaw.com
        jrodriguez@shimodalaw.com
        bberzin@shimodalaw.com

Attorneys for Plaintiff NANCY NGUYEN on behalf of herself and similarly situated employees

WILSON TURNER KOSMO LLP
LOIS M. KOSCH (131859)
NICOLE R. ROYSDON (262237)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: lkosch@wilsonturnerkosmo.com
E-mail: nroysdon@wilsonturnerkosmo.com

Attorneys for Defendants
CARDINAL HEALTH, INC. and CARDINAL HEALTH PHARMACY SERVICES, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY NGUYEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CARDINAL HEALTH PHARMACY SERVICES, LLC, a Delaware Limited Liability Company; CARDINAL HEALTH, INC., an Ohio Corporation; 504 CARDINAL HEALTH PHARMACY SERVICES, an unknown association; 504 CARDINAL HEALTH PHARMACY SERVICES d.b.a. CARDINAL HEALTH, an unknown association; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-01939-KJM-EFB<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER TO CONTINUE MOTION TO REMAND<br><br><br>Complaint Filed:   August 21, 2019<br>Trial Date:           None set |

1

This Stipulation and proposed Order is entered into between Plaintiff NANCY NGUYEN ("Plaintiff") and Defendants CARDINAL HEALTH, INC. and CARDINAL HEALTH PHARMACY SERVICES, LLC ("Defendants") (Plaintiff and Defendants all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS Plaintiff filed a Class Action against Defendants in the Superior Court of California for the County of Sacramento, Case No. 34-2019-00263185, on August 21, 2019;

WHEREAS Defendants removed Plaintiff's Action to the United States Superior Court for the Eastern District of California and filed a Notice of Removal on September 25, 2019;

WHEREAS Plaintiff filed a Motion to Remand on October 24, 2019 and the Hearing for that Motion is scheduled for November 22, 2019 at 10:00 a.m. in Courtroom 3, 15th Floor of the United States District Court for the Eastern District of California;

WHEREAS Defendants have not yet filed an opposition to Plaintiff's Motion to Remand;

WHEREAS the Parties met and conferred prior to Plaintiff's filing the Motion to Remand regarding the necessity of the Motion, but are continuing these efforts and reviewing additional historical data relating to the potential amount in controversy as well as potential resolution of the claims;

WHEREAS the Parties agree it is in their best interest to further meet and confer regarding the propriety of removal and/or the necessity of a remand motion based on the additional historical data and information relating to the amount in controversy and the potential for resolution, which may obviate the need for hearing the Motion to Remand, thereby avoiding the unnecessary use of judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. That the Court will continue Plaintiff's Motion to Remand Hearing currently set for 10:00 a.m. November 22, 2019 to 10:00 a.m. on February 7, 2020;

2. That all opposition and reply briefs due to be filed in connection with the Motion to Remand will be now be due based on the newly set hearing dates and in accordance with the Local Rules; and

3. That nothing in this stipulation and proposed order, or the act of entering into this stipulation and proposed order, shall prejudice Plaintiff or Defendants in any argument they may otherwise make in the opposition and/or reply briefs and shall not be deemed consent to federal jurisdiction.

**Shimoda Law Corp.**

Dated: November 1, 2019 By: /s/ Galen T. Shimoda
Galen T. Shimoda
Justin P. Rodriguez
Brittany V. Berzin
Attorneys for Plaintiff

WILSON TURNER KOSMO LLP

Dated: November 1, 2019 By: /s/ Lois M. Kosch
Lois M. Kosch
(as authorized on 11/1/19)
Nicole R. Roysdon
Attorneys for Defendants

The COURT, having considered the above stipulation and finding good cause, HEREBY ORDERS:

1. Plaintiff's Motion to Remand Hearing currently set for 10:00 a.m. on November 22, 2019 is continued to February 7, 2020 at 10:00 a.m.;

2. That all opposition and reply briefs due to be filed in connection with the Motion to Remand will now be due based on the newly set hearing dates and in accordance with the Local Rules; and

3. That nothing in this stipulation and proposed order, or the act of entering into this stipulation and proposed order, shall prejudice Plaintiff or Defendants in any argument they may otherwise make in the opposition and/or reply briefs and shall not be deemed consent to federal jurisdiction.

IT IS SO ORDERED.

Dated: November 7, 2019.

_____
UNITED STATES DISTRICT JUDGE