Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Brittany V. Berzin (Cal. State Bar No. 325121)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 120
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorneys for Plaintiff NANCY NGUYEN
individually and on behalf of similarly situated employees

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDINAL HEALTH PHARMACY SERVICES, LLC, a Delaware Limited Liability Company;<br>CARDINAL HEALTH, INC., an Ohio Corporation;<br>504 CARDINAL HEALTH PHARMACY SERVICES, an unknown association;<br>504 CARDINAL HEALTH PHARMACY SERVICES d.b.a. CARDINAL HEALTH, an unknown association; and<br>DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No. 2:19-cv-01939-KJM-EFB**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO REMAND THIS CASE TO STATE COURT**<br><br>Filed:       8/21/2019<br>Trial Date:  None Set |

1  This Stipulation and proposed Order is entered into between Plaintiff NANCY NGUYEN
2  ("Plaintiff") and Defendants Cardinal Health Pharmacy Services, LLC, Cardinal Health, Inc., 504
3  Cardinal Health Pharmacy Services, and 504 Cardinal Health Pharmacy Services D.B.A. Cardinal
4  Health, ("Defendants") (all collectively, the "Parties"), by and through their counsel of record, as
5  follows:

6  WHEREAS Plaintiff filed a Class Action Complaint against Defendants in the Superior Court of
7  California for the County of Sacramento, Case No. 34-2019-00263185 on August 21, 2019;

8  WHEREAS Defendants removed the Action to the United States District Court for the Eastern
9  District of California and filed a Notice of Removal on September 25, 2019 pursuant to the Class Action
10 Fairness Act of 2005;

11 WHEREAS Plaintiff filed a Motion to Remand on October 24, 2019 and the hearing for that
12 motion is currently scheduled for July 24, 2020;

13 WHEREAS Defendants have not filed an opposition to the Motion to Remand;

14 WHEREAS the Parties met and conferred regarding the matters at issue in the Motion to
15 Remand and stipulate that good cause exists to remand this case back to state court, Sacramento County
16 Superior Court, Case No. 34-2019-00263185;

17 WHEREAS the Parties wish to vacate the Motion to Remand hearing scheduled for 10:00 a.m.
18 on July 24, 2020 under the terms stated herein;

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
Parties, subject to the approval of the Court, as follows:

    1. That this case will be remanded to state court, Sacramento County Superior Court, Case No. 34-2019-00263185; and

    2. That the Court will vacate Plaintiff's Motion to Remand hearing currently set for 10:00 a.m. on July 24, 2020.

**Shimoda Law Corp.**

Dated: June 23, 2020         By:   /s/ Justin P. Rodriguez
                                              Galen T. Shimoda
                                              Justin P. Rodriguez
                                              Brittany V. Berzin
                                              Attorneys for Plaintiff

**Wilson Turner Kosmo LLP**

Dated: June 23, 2020         By:   /s/ Lois M. Kosch
                                              Lois M. Kosch
                                              (as authorized on 6/22/20)
                                              Nicole R. Roysdon
                                              Attorneys for Defendants

**ORDER**

The COURT, having considered the above stipulation and finding good cause, HEREBY ORDERS that:

1. This case is remanded to state court, Sacramento County Superior Court, Case No. 34-2019-00263185.  A certified copy of this Order shall be mailed by the clerk to the clerk of the Sacramento County Superior Court pursuant to 28 U.S.C. § 1447(c); and

2. The Court vacates Plaintiff's Motion to Remand hearing set for 10:00 a.m. on July 24, 2020.

IT IS SO ORDERED.

DATED:  June 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE